IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01227-AP

GARY L. RICH,

      Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASE

---

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| | |
|---|---|
| Frederick W. Newall<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>719-633-5211<br>newallfrederickw@qwest.net<br><br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado  80294<br>Telephone:  (303) 844-1570<br>debra.meachum@ssa.gov<br>Attorneys for Defendant |

**2.**    **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

    The Court has jurisdiction based on section 205(g) of the Social Security Act,
42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    A.      Date Complaint Was Filed: 6/12/07
    B.      Date Complaint Was Served on U.S. Attorney's Office: 6/25/07
    C.      Date Answer and Administrative Record Were Filed:  8/24/07

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Counsel for Plaintiff states :  To the best of his knowledge, the record is complete.
However, the Plaintiff reserves the right to supplement the record if necessary at
the time of the Opening Brief..

To the best of her knowledge, Defendant's counsel states that the record is complete.  In
response to Plaintiff's statement, Defendant's counsel states that the certified record cannot
be supplemented with evidence that was not before the Administrative Law Judge or the
Appeals Council.  The  Commissioner reserves the right to request an extension of time, if
necessary, to review and respond to any evidence Plaintiff may submit with his opening
brief.
.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Counsel for Plaintiff states:**    There is no additional evidence.
**Counsel for Defendant states:**   None anticipated.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL
       CLAIMS OR DEFENSES**

**Counsel for Plaintiff states:**  To the best of his knowledge, this case raises no unusual
claims or defenses.
**Counsel for Defendant states:**  To the best of her knowledge, this case does not involve
unusual claims or defenses.

**7.    OTHER MATTERS**

**Counsel for Plaintiff states:**    None.
**Counsel for Defendant states:**  None anticipated.

**8.     PROPOSED BRIEFING SCHEDULE**

Because of workload, counsel for both parties request that the briefing schedule commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

A.     **Plaintiff's Opening Brief Due:**     11/2/07
B.     **Defendant's Response Brief Due:**  12/3/07
C.     **Plaintiff's Reply Brief Due:**      12/18/07

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

A.     **Plaintiff's Statement:.**     Oral argument NOT requested.
B.     **Defendant's Statement:**  Oral argument NOT requested.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.     **(   ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.     **( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 14th day of September, 2007.

BY THE COURT:


 *S/John L. Kane*
U.S. DISTRICT COURT JUDGE


APPROVED:

| | |
|---|---|
| s/Frederick W. Newall 9/13/07 | TROY A. EID<br>United States Attorney |
| Frederick W. Newall<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>719-633-5211<br>newallfrederickw@qwest.net | KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov |
| Attorney for Plaintiff | By:  s/Debra J. Meachum 9/13/07<br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado  80294<br>Telephone:  (303) 844-1570<br>debra.meachum@ssa.gov<br>Attorneys for Defendant. |