IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01227-RPM

GARY L. RICH,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

---

ORDER AWARDING ATTORNEY'S FEES

---

Pursuant to the Stipulated Motion for Award of Attorney Fees, filed April 30, 2009 [17], and the Equal Access to Justice Act, 28 U.S.C. § 2412, it is

ORDERED that the motion [17] is granted and plaintiff Gary L. Rich is awarded attorney's fees in the amount of $6,000.00.

Dated: May 1st, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge